1

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4

JUDITH SCRASE,                                    )
                                                  )
5                          Plaintiff,             )          Case No.: 2:15-cv-1112-GMN-VCF
                                                  )
6          vs.                                    )
                                                  )                    **ORDER**
LAKE MEAD R.V. VILLAGE, LLC,                      )
7                                                 )
                                                  )
8                          Defendant.             )
                                                  )
_____)

9

10          Pending before the Court is the Report and Recommendation of United States

11  Magistrate Judge Cam Ferenbach, (ECF No. 2), which states that Plaintiff Judith Scrase's

12  Complaint, (ECF No. 3), should be dismissed with prejudice.

13          A party may file specific written objections to the findings and recommendations of a

14  United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

15  D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

16  determination of those portions to which objections are made. *Id*.  The Court may accept, reject,

17  or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

18  28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is

19  not required to conduct "any review at all . . . of any issue that is not the subject of an

20  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

21  that a district court is not required to review a magistrate judge's report and recommendation

22  where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

23  1122 (9th Cir. 2003).

24          Here, no objections were filed, and the deadline to do so has passed.

25          Accordingly,

1      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is

2     **ADOPTED** in full.

3      **IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 3), is **DISMISSED**

4     **WITH PREJUDICE**.  The Clerk shall enter judgment accordingly and close the case.

5      **DATED** this 28th day of July, 2015.

 

 

 

_____
Gloria M. Navarro, Chief Judge
United States District Court